IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHARLES MORRIS WHITE**                                        **PLAINTIFF**

**V.**                                                 **CAUSE NO. 3:17CV218-MPM-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                                 **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the record of this case, the Court finds that the Report and Recommendations ("R&R") [10] of the United States Magistrate Judge dated January 31, 2018, was on that date duly filed and the parties notified; that more than fourteen days have elapsed since notice of said R&R; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated January 31, 2018, is, hereby, approved and adopted as the opinion of the Court, and that the proposed findings of fact and conclusions of law therein set out be, and are, hereby, adopted as the findings of fact and conclusions of law of the Court.

2. That Defendant's Motion to Dismiss [7] is granted in part; and this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

This, the 20th day of February, 2018.

                                                                          **/s/ MICHAEL P. MILLS**
                                                                          **UNITED STATES DISTRICT JUDGE**
                                                                          **NORTHERN DISTRICT OF MISSISSIPPI**